**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGELIO ORNELAS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-01080 KES EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ROGELIO ORNELAS AGAINST DEFENDANT FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>Docs. 13, 19. |

Rogelio Ornelas and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. 19.  Pursuant to the stipulation:

> [T]he Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing; consider a Title II application filed in this case based on the Title XVI application filed on November 17, 2021; reevaluate the prior administrative medical findings; reevaluate the residual functional capacity; obtain supplemental vocational expert evidence, if warranted; take any other action necessary to complete the administrative record; and issue a new decision.

*Id.* at 1-2.  The parties also stipulated that judgment should be entered in favor of Plaintiff and

1

against the Commissioner. *Id.* at 2. Based upon the terms of the stipulation, the Court **ORDERS**:

1.     Plaintiff's motion for summary judgment (Doc. 13) is terminated as **MOOT**.

2.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3.     The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Rogelio Ornelas and against Defendant Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    March 13, 2026    _____
                                                            UNITED STATES DISTRICT JUDGE

2