**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGELIO ORNELAS, | Case No. 1:25-cv-1080 KES EPG |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | Doc. 22 |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Rogelio Ornelas and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,460.29 pursuant to the Equal Access to Justice Act.  Doc. 22 at 1-2.  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, plaintiff is **AWARDED** fees and expenses in the amount of $9,460.29 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   March 30, 2026   

_____
UNITED STATES DISTRICT JUDGE

1